

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-75,972-02

### EX PARTE JACOB BARRON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 06-6548-C IN THE 106TH DISTRICT COURT
### FROM DAWSON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of engaging in organized criminal activity and sentenced to ten years' imprisonment. He did not appeal his conviction.

Applicant alleges an illegal cumulation order and ineffective assistance of counsel for giving bad advice about an appeal and not perfecting appeal.

The trial court has determined that applicant is entitled to relief. After remand, it is clear from

the record that counsel was ineffective for not objecting to the cumulation order in this case. Relief is granted. The judgment in Cause No. 06-6548-C in the 106th District Court of Dawson County is reformed to delete the order requiring the sentence to be served consecutively. All other relief is denied.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: June 18, 2014
Do not publish